IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY A. BLACKSHEAR,

    Petitioner,

vs.
                                      CASE NO. 3:08cv104-MCR/WCS

WALTER McNEIL,

    Respondent.

                                /

## SUPPLEMENTAL REPORT AND RECOMMENDATION

Petitioner Blackshear filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. On December 11, 2009, I recommended that the petition be denied with prejudice. Doc. 17. The report and recommendation remains pending.

Petitioner has now filed an application for certificate of appealability. Doc. 18. As amended effective December 1, 2009, § 2254 Rule 11(a) provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant," and if a certificate is issued "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)." A timely notice of appeal must still be filed, even if the court issues a certificate of appealability. § 2254 11(b).

I find no substantial showing of the denial of a constitutional right. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000) (explaining how to satisfy this showing) (citation omitted). Therefore, I recommend that the court deny a certificate of appealability in its final order.

The second sentence of new Rule 11(a) provides: "Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." If there is an objection to this recommendation by either party, that party may bring this argument to the attention of the district judge in the objections permitted to this report and recommendation.

It is therefore **RECOMMENDED** that, in adopting the previous report and recommendation and denying the § 2254 petition with prejudice, the court also **DENY** Petitioner's motion (doc. 18) for a certificate of appealability.

**IN CHAMBERS** at Tallahassee, Florida, on January 5, 2010.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**