**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JERRY A. BLACKSHEAR,

      Petitioner,

vs.                              CASE NO. 3:08cv104-MCR/WCS

WALTER McNEIL,

      Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation. (Doc. 17). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Jerry A. Blackshear challenging his convictions for home invasion robbery and possession of a firearm by a convicted felon in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida, case number 04-CF-1760, is **DENIED WITH PREJUDICE**.

    **DONE AND ORDERED** this 26th day of April, 2010.

                             s/ *M. Casey Rodgers*

                           **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**