**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JERRY A. BLACKSHEAR,

    Petitioner,

vs.                                         CASE NO. 3:08cv104-MCR/WCS

WALTER McNEIL,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Supplemental Report and Recommendation. (Doc. 19). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Supplemental Report and Recommendation (doc. 19) is adopted and incorporated by reference in this order.

2. The Petitioner's motion for a certificate of appealability (doc. 18) is **DENIED**.

**DONE AND ORDERED** this 26th day of April, 2010.

                                             *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**